UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN PAUL TACKETT

    Petitioner,

-vs-                                    Case Nos.  5:05-cv-133-Oc-10GRJ
                                                                      5:02-cr-13-Oc-10GRJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER DENYING PETITION**

The United States Magistrate judge, after conducting an evidentiary hearing, has filed his report and recommendation (Doc. 19) that Petitioner's motion under 28 USC § 2255 (Doc. 1) should be Denied. The Petitioner has filed objections to the report and recommendation of the United States Magistrate Judge (Doc. 20).

Upon de novo review, the Court concludes that the thorough and well reasoned report of the Magistrate Judge should be adopted and confirmed, and the Petitioner's objections should be overruled.

Accordingly, the Petitioner's motion under 28 USC § 2255 should be and is hereby DENIED with prejudice. The Clerk is directed to enter judgment accordingly and to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida, this 17th day of January, 2006.

UNITED STATES DISTRICT JUDGE

Copies to:  John Paul Tackett, prose
 Counsel of Record
 Maurya McSheehy